### SOUTHERN RAILWAY COMPANY *v.* GILMORE.

LUMPKIN, P. J. 1. Where the testimony of a witness relating to a particular matter is in part material and pertinent, though in part irrelevant, a general objection to the whole of this testimony is not well taken, since the inadmissible part should be distinctly pointed out and specific objection thereto made. *Maynard* v. *Association,* 112 *Ga.* 443, 447, and cases cited; and see *Chambers* v. *Wesley,* 113 *Ga.* 343.

2. The evidence, though conflicting, was sufficient to support a finding that the killing of some of the plaintiff's stock was caused by the negligence of the defendant company; and the amount named in the verdict was not greater than the proved value of such stock.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided July 18, 1902.

Action for damages. Before Judge Holden. Washington superior court. October 16, 1901.

*Joseph B. & Bryan Cumming* and *Evans & Evans,* for plaintiff in error. *Rawlings & Howard* and *Hardwick & Hyman,* contra.